FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  STEVEN STEWART FARMER  Defendant. | Case No.: EDCR 06-00107 VAP  ORDER OF DETENTION (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown Background / Community Ties
- Unknown Available Bail Resources
- History of Parole Violation
- Associated with Multiple Personal Identifiers

1 and/or

2 B.  ( )   The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18
5          U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____
10

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

14

15 Dated: 11/29/11

16                                          HONORABLE DAVID T. BRISTOW
                                            United States Magistrate Judge

2